Form 201

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 17–80539

IN THE MATTER OF:
Mynt, Ltd.     20–4403313
311 Country Club Drive
Durham, NC 27712

   Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

   John Paul H. Cournoyer is discharged as trustee of the estate of the above named debtor.

   The Chapter 7 case of the above named debtor is closed.

Dated: 8/25/17

Benjamin A. Kahn
United States Bankruptcy Judge